UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>BRIAN TEA ULUGALU,<br><br>　　　　　　Defendant. | Case No. CR11-308 RSL<br><br>**DETENTION ORDER** |

Defendant is charged with threatening a federal official and attempting to interfere with the administration of the social security laws. On October 13, 2011, defendant admitted he violated conditions of his release. On October 13, 2011, I revoked his appearance bond. I have conducted a detention hearing pursuant to 18 U.S.C. § 3142(f). Based upon the following findings and statement of reasons for detention, I find there are no conditions or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant and the safety of other persons and the community.

**FINDINGS OF FACT AND REASONS FOR DETENTION**

On August 26, 2011, I conducted a detention hearing. The government argued for detention due to the nature of defendant's alleged threats, his past history and his mental health problems. The Court continued the hearing to determine if defendant met the criteria for

DETENTION ORDER - 1

placement in a half-way house. On August 30, 2011, the Court found defendant could be placed in half-way house and ordered defendant released. Since release, defendant has repeatedly violated the GPS monitoring condition. As he is unable or unwilling to abide by the conditions of release, he is not longer amenable to supervision, is a flight risk and a danger to the community. It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 13th day of October, 2011.

BRIAN A. TSUCHIDA
United States Magistrate Judge